Present—Scudder, P.J., Gorski, Smith and Pine, JJ. (Filed Jan. 18, 2007.)

■ In the Matter of JAMES J. SHAPIRO, for Reinstatement to the Practice of Law. [827 NYS2d 901]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Martoche, Smith and Centra, JJ. (Filed Jan. 18, 2007.)

■ In the Matter of JAMES W. RICHARDS, for Reinstatement to the Practice of Law. [827 NYS2d 901]—Order entered denying application for reinstatement. Present—Scudder, P.J., Gorski, Green and Pine, JJ.

■ In the Matter of KRISTIN COLLEEN WRIGHT, an Attorney, Resignor. [827 NYS2d 900]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Jan. 3, 2007.)

■ In the Matter of DAVID R. ANDERSON, an Attorney, Resignor. [827 NYS2d 899]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Jan. 16, 2007.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [828 NYS2d 227]—Motion for reconsideration dismissed as untimely. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE R. STRONG, Appellant. [828 NYS2d 227]—Motion for writ of error coram nobis denied. Present—Gorski, J.P., Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE PONDER, Appellant. [828 NYS2d 227]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANFORD BELL, Appellant. [828 NYS2d 227]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE BURGOS, Appellant. [828 NYS2d 227]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Green and Pine, JJ.